YOUNG, commissioner, *et al. v.* HARRIS *et al.*

HILL, J. A "fast" writ of error will not lie to an order vacating a judgment granting a temporary injunction. *Stubbs* v. *McConnell,* 119 *Ga.* 21 (45 S. E. 710). This case having been prematurely brought to this court, the *Writ of error is dismissed. All the Justices concur.*
DECEMBER 19, 1916.

Writ of error from Walker. Motion to dismiss.

*R. T. Wright* and *W. E. Mann,* for plaintiffs.

*J. P. Shattuck,* for defendants.